GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**
DANIEL J. FITZGERALD*†▲
JILL A. TAFT
MICHAEL C. ELLIOT*

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON, D.C.
\*ALSO ADMITTED IN LOUISIANA

**LAW OFFICES OF**
**FREEHILL HOGAN & MAHAR LLP**
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

November 27, 2006

**MEMO ENDORSED**

Our ref: 326-01/MM

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/06**

**VIA FAX NO: 212 805 7906**
The Honorable Denny Chin
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Room 1020
New York, New York 10007-1312

RE: Joan B. Hart, Individually and as the Executrix of
the Estate of Robert D. Hart v. American
Steamship Company, et al. - Index o. 01/113346

Dear Judge Chin:

We represent American Steamship Company in the above-referenced matter. This case is based on Plaintiff's allegations that Hart's asbestos-related disease, mesothelioma, was caused by his exposure to asbestos products. Please accept this correspondence as a joint request to transfer this case to the Eastern District of Pennsylvania for Pre-Trial Case Management under the asbestos litigation MDL. Plaintiff's counsel, Robert Komitor, Esq., who is reading this in copy, has consented to the instant application.

Very truly yours,
FREEHILL HOGAN & MAHAR, LLP

Mark F. Muller

MFM:lu
cc: Robert Komitor, Esq. (Ref: 01-0142)
Fax: 212 605 6290

**APPLICATION GRANTED.
SO ORDERED**

Denny Chin, U.S.D.J.
11/28/06

NYDOCS1/272985.1